[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1003 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1004 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1005 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1006 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1007 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.] *Page 1008 
[EDITORS' NOTE: THIS PAGE CONTAINS DECISIONS WITHOUT PUBLISHED OPINIONS.]
 *Page 378